**HENNIGAN, BENNETT & DORMAN LLP**
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
OMER SALIK (SBN 223056)
saliko@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiffs and Counterdefendants,
MICROPROCESSOR ENHANCEMENT
CORPORATION and MICHAEL H. BRANIGIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09-00605

| | |
|---|---|
| MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN<br><br>        Plaintiffs,<br><br>    vs.<br><br>EMULEX CORPORATION.<br><br>        Defendant. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT

For their complaint against Emulex Corporation ("Emulex" or "Defendant"), Plaintiffs Microprocessor Enhancement Corporation and Michael H. Branigin (collectively "Plaintiffs") allege as follows:

## THE PARTIES

1. Plaintiff Microprocessor Enhancement Corporation ("MEC") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 500 Newport Center Drive, Newport Beach, California 92660. MEC holds an exclusive license to U.S. Patent No. 5,471,593 ("the '593 patent" or "Patent-in-Suit"). MEC's exclusive license includes the rights to sublicense the '593 patent and to enforce the '593 patent against alleged infringers.

2. Plaintiff Michael H. Branigin is an individual residing at 151 Ivy Hills Rd., Southbury, Connecticut 06488. Mr. Branigin is the inventor, owner, and licensor of the '593 Patent.

3. Defendant Emulex is a California Corporation with its principal place of business located at 3333 Susan Street, Costa Mesa, CA 92626-1632.

## NATURE OF THE ACTION

4. In this civil action, Plaintiffs seek damages and injunctive relief against Defendants for acts of patent infringement in violation of the Patent Act of the United States, 35 U.S.C. §§ 1 et seq.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction of such federal question claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. Venue is proper under 28 U.S.C. §§ 1391(c) and 1400(b), in that the acts and transactions complained of herein were conceived, carried out, made effective, or had effect within the State of California and within this district, among other places. On information and belief, Defendant resides in this judicial district by virtue of its business activities in this district. Defendant is licensed to do business in California by the California Secretary of State. Defendant maintains a registered agent for

1  service of process within this judicial district – namely, CT Corporation System, 818 West Seventh Street Los Angeles, California 90017.

7.  On information and belief, this Court has personal jurisdiction over Defendant.

## BACKGROUND

8.  On November 28, 1995, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 5,471,593 ("the '593 Patent"), entitled "COMPUTER PROCESSOR WITH AN EFFICIENT MEANS OF EXECUTING MANY INSTRUCTIONS SIMULTANEOUSLY." A true and correct copy of the '593 Patent is attached as Exhibit 1 and incorporated herein by reference.

9.  The '593 Patent claims a pipelined processor as well as a method for executing instructions in a pipelined processor.

10. Defendant Emulex makes, uses, sells, and/or offers for sale in the United States certain Fibre Channel devices, including Host Bus Adaptors and Channel Controllers. Defendant Emulex is not licensed to practice the '593 Patent.

## FIRST CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 5,471,593

11. Plaintiffs incorporate herein by reference the allegations set forth in paragraphs 1-10 of this Complaint as though fully set forth herein.

12. Plaintiff MEC is the owner by exclusive license of the entire right, title, and interest, including the right to enforce, in and to the '593 Patent.

13. Plaintiff Branigin is the inventor and exclusive licensor of the '593 Patent.

14. Emulex has directly infringed and continues to directly infringe the '593 Patent by making, using, selling, or offering for sale in or importing into the United States Host Bus Adaptors and Channel Controllers, which embody or otherwise practice one or more of the claims of the '593 Patent.

15. On information and belief, Emulex has indirectly infringed and continues

to indirectly infringe the '593 Patent by actively inducing direct infringement by other persons who operate and/or use Emulex Host Bus Adaptors and Channel Controllers, or otherwise practice one or more of the claims of the '593 Patent with respect to the Emulex Host Bus Adaptors and Channel Controllers, when Emulex had knowledge of the '593 Patent and knew or should have known that its actions would induce direct infringement by others and intended that its actions would induce direct infringement by others.

16. On information and belief, Emulex has indirectly infringed and continues to indirectly infringe the '593 Patent by contributory infringement by providing non-staple articles of commerce to others for use in an infringing system or method with respect to the Emulex Host Bus Adaptors and Channel Controllers with knowledge of the '593 Patent and knowledge that these non-staple articles of commerce are used as a material part of the claimed inventions of the '593 Patent.

17. On information and belief, Emulex will continue to infringe the '593 Patent as alleged in this Complaint unless enjoined by this Court.

18. As a direct and proximate result of Emulex's infringement of the '593 Patent, Plaintiffs have been and continue to be damaged in an amount yet to be determined.

19. Unless a preliminary and permanent injunction are issued enjoining Emulex and its respective officers, agents, servants, and employees, and all persons acting in concert with Emulex, from infringing the '593 Patent, Plaintiffs will be greatly and irreparably harmed.

20. By reason of the above acts, Plaintiffs are entitled to injunctive relief enjoining and restraining Emulex, and its respective officers, agents, servants, and employees, and all persons acting in concert with Emulex, from further infringement of the '593 Patent with respect to the Emulex Host Bus Adaptors and Channel Controllers.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.  For a judicial determination and declaration that Defendant directly infringes United States Letters Patent No. 5,471,593 by making, using, offering to sell and/or selling the Emulex Host Bus Adaptors and Channel Controllers;

2.  For a judicial determination and declaration that Defendant induces direct infringement of United States Letters Patent No. 5,471,593 with respect to the Emulex Host Bus Adaptors and Channel Controllers;

3.  For a judicial determination and declaration that Defendant commits contributory infringement of United States Letters Patent No. 5,471,593 with respect to the Emulex Host Bus Adaptors and Channel Controllers;

4.  For damages resulting from Defendant's past and present infringement of United States Letters Patent No. 5,471,593;

5.  For injunctive relief preliminarily and permanently enjoining against further infringement of United States Letters Patent No. 5,471,593 by Defendant, its respective officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with the enjoined entities or on their behalf;

6.  For a declaration that this is an exceptional case under 35 U.S.C. § 285 and for an award of attorneys' fees and costs in this action;

7.  For an assessment of prejudgment interest; and

COMPLAINT

8.      For such other and further relief as the Court may deem just and proper under the circumstances.

DATED:    January 26, 2009        HENNIGAN BENNETT & DORMAN LLP

By _____
Lawrence M. Hadley

Attorneys for Plaintiffs,
MICROPROCESSOR ENHANCEMENT
CORPORATION and MICHAEL H.
BRANIGIN

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure as to all issues in this lawsuit.

DATED: January 26, 2009

HENNIGAN BENNETT & DORMAN LLP

By _____
Lawrence M. Hadley

Attorneys for Plaintiffs and Counterdefendants, MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

**CV09- 605 R (JWJx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Lawrence M. Hadley SBN 157728
HENNIGAN, BENNETT & DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: 213-694-1200
Attorneys for Plaintiffs and Counterdefendants
Microprocessor Enhancement Corporation and
Michael H. Branigan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGAN<br>PLAINTIFF(S)<br>V.<br><br>EMULEX CORPORATION<br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-00605 (JWJx)<br><br>**SUMMONS** |

TO: DEFENDANT(S): <u>EMULEX CORPORATION</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Lawrence M. Hadley</u>, whose address is <u>865 S. Figueroa Street, Suite 2900 Los Angeles, CA 90017</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN 27 2009    By: **LA'REE HORN**
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)    SUMMONS    American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN,

**DEFENDANTS**
EMULEX CORPORATION

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Lawrence M. Hadley (SBN 157728)
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
213-694-1200

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C §§1 et. seq. - patent infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    **CIVIL COVER SHEET**    Page 1 of 2

CV09-00605

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): SACV05-0323 AHS(RNBx); SACV05-5667 AHS (RNBx); SACV08-1039 AHS (RNBx); SACV08-1123 AHS (RNBx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Orange | Connecticut |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/ Lawrence M. Hadley_ **Date** January 26, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |