JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Wayne W. Call, Bar No. 56676
2  Aaron L. Renfro, Bar No. 255086
   CALL & JENSEN
3  A Professional Corporation
   610 Newport Center Drive, Suite 700
4  Newport Beach, CA 92660
   (949) 717-3000; 717-3100
5  wcall@calljensen.com
6  arenfro@calljensen.com

7  Bruce S. Sostek (*Pro Hac Vice*)
   Jane Politz Brandt (*Pro Hac Vice*)
8  J. Michael Heinlen (*Pro Hac Vice*)
   Adrienne E. Dominguez (*Pro Hac Vice*)
9  THOMPSON & KNIGHT LLP
10 1722 Routh Street, Suite 1500
   Dallas, TX 75201
11 (214) 969-1700; (214) 969-1751
   bruce.sostek@tklaw.com
12 jane.brandt@tklaw.com
   michael.heinlen@tklaw.com
13 adrienne.dominguez@tklaw.com

14
   Attorneys for Defendant Emulex Corporation
15

16             UNITED STATES DISTRICT COURT

17       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18

19 MICROPROCESSOR ENHANCEMENT          Case No. CV09-605-SVW (RNBx)
   CORPORATION and MICHAEL H.
20 BRANIGIN,                           [PROPOSED] FINAL JUDGMENT

21        Plaintiffs,

22
       vs.
23                                     Complaint Filed:    January 27, 2009
   EMULEX CORPORATION,                 Date of Summary
24                                     Judgment Hearing:   November 16, 2009
        Defendant.
25

26

27

28                                                         EXHIBIT A

EMU01-01:668482_1:7-6-10           - 1 -                   CV09-605-SVW (RNBx)
                          [PROPOSED] FINAL JUDGMENT

This matter came on summary judgment before the Hon. Stephen V. Wilson.

The Court, having read and considered the briefs and evidence submitted by the parties is this case as well as the briefs and evidence submitted in the related lawsuit styled *Microprocessor Enhancement Corporation and Michael H. Branigin v. Texas Instruments Incorporated*, Case No. SACV 08-1123 SVW (RNBx), pending in the United States District Court for the Central District of California, Western Division, and having heard argument and considered post-argument submissions in connection with the summary judgment, and having issued its order on July 1, 2010, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1) Plaintiffs Microprocessor Enhancement Corporation and Michael H. Branigin shall take nothing on their claims against Emulex Corporation and Judgment is hereby entered in favor of Emulex Corporation and against Plaintiffs Microprocessor Enhancement Corporation and Michael H. Branigin as to all of Plaintiffs' claims against Emulex Corporation and all relief sought by Plaintiffs is specifically denied; and

(2) Emulex Corporation is adjudged the prevailing party in the litigation. Therefore, Emulex Corporation shall be awarded its costs.

Dated: July 13, 2010

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE